■ In the Matter of the Accounting of ISIDORO RIZZO, as Administrator of the Estate of ANTONIO RIZZO, Deceased. TOMMASA LICATA et al., Appellants; TOMMASA LICATA, as Administratrix D. B. N., Substituted for ISIDORO RIZZO, Deceased, et al., Respondents.— Motion by appellants Maria Rizzo, Giuseppe Rizzo, Anna Indelicata and the Consul General for leave to appeal to the Court of Appeals. Motion denied. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ In the Matter of FRANCIS X. McGLYNN, an Attorney, Respondent.— Upon the court's own motion, respondent Francis X. McGlynn, Esq., is disbarred and his name struck from the roll of attorneys and counsellors at law. Respondent was previously suspended from the practice of the law by order dated December 10, 1956. It now appears that on September 5, 1961, on his plea of guilty, he was convicted of a felony in the Superior Court, County of Middlesex, Commonwealth of Massachusetts. Accordingly, pursuant to statute (Judiciary Law, § 90, subd. 4), he must be disbarred. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.